NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Edward C. Schewe, Bar No. 143554
   ed@schewelaw.com
Schewe & Associates
1600 Rosecrans Avenue, Fourth Floor
Manhattan Beach, CA 90266
Tel (310) 321-7892
Fax (310) 321-7891

ATTORNEYS FOR: One Click Enterprises 1, Inc. and Igor Zomin

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTTER PRODUCTS, LLC., <br><br> Plaintiff(s), <br> v. <br><br> ONE CLICK ENTERPRISES 1, INC., and IGOR ZOMIN, JR. <br><br> Defendant(s) | CASE NUMBER <br><br> CV 12-04193 SJO (SHx) <br><br> CERTIFICATION AND NOTICE OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Defendants One Click Enterprises 1, Inc. and Igor Zomin, Jr.
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                          **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Otter Products, LLC            Plaintiff
One Click Enterprises 1, Inc.  Defendant
Igor Zomin, Jr.                Defendant


6/14/12                                   *[signature: E. Schewe]*
Date                                      Sign

                                              Edward C. Schewe
                                              Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)