1 | Edward C. Schewe, Bar No. 143,554
   |   ed@schewelaw.com
2 | SCHEWE & ASSOCIATES
   | 1600 Rosecrans Avenue, 4th Floor
3 | Manhattan Beach, California  90266
   | Tel  (310) 321-7892
4 | Fax (310) 321-7891

5 | Edward P. Kelly (pro hac vice to be filed)
   |   ekelly@tkiplaw.com
6 | TIAJOLOFF & KELLY LLP
   | 405 Lexington Avenue
7 | New York, New York 10174
   | Tel  (212) 490-3285
8 | Fax (212) 490-3295

9 | Attorneys for Defendants
   | ONE CLICK ENTERPRISES 1, INC.
10 | and IGOR ZOMIN, JR.,

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| OTTER PRODUCTS, LLC, | CASE NO.:  CV 12-04193 SJO (SHx) |
|---|---|
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| ONE CLICK ENTERPRISES 1, INC. and IGOR ZOMIN, JR., | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

1 | Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant One Click Enterprises 1, Inc., by and through its undersigned counsel of record, hereby certifies that there are no parent corporations or publicly held corporations owning 10 percent or more of Defendant's stock.

Respectfully submitted,

SCHEWE & ASSOCIATES

Dated:  June 14, 2012          By:     __/s/_____
                                        Edward C. Schewe
                                        Attorneys for Defendants
                                        ONE CLICK ENTERPRISES 1, INC. and
                                        IGOR ZOMIN, JR.

*Of Counsel:*

Edward P. Kelly (pro hac vice to be filed)
   ekelly @tkiplaw.com
TIAJOLOFF & KELLY LLP
405 Lexington Avenue
New York, New York 10174
Tel  (212) 490-3295
Fax (212) 490-3285