1  Edward P. Kelly (pro hac vice)
2  Tiajoloff & Kelly LLP
   The Chrysler Building, 37th Floor
3  405 Lexington Ave.
4  New York, NY 10174
   Tel: (212) 490-3285
5  Fax: (212) 490-3295
6   ekelly@tkiplaw.com

7  Edward C. Schewe, Bar No. 143,554
8  SCHEWE & ASSOCIATES
   1600 Rosecrans Avenue, 4th Floor
9  Manhattan Beach, California 90266
10 Tel: (310) 321-7892
   Fax: (310) 321-7891
11  ed@schewelaw.com
12
13 Attorneys for Defendants
    One Click Enterprises 1, Inc., and
14 Igor Zomin, Jr.
15

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTTER PRODUCTS, LLC, | CASE NO.: CV 12-04193 SJO (SHx) |
| Plaintiff, | **NOTICE OF MOTION AND MOTION BY DEFENDANTS TO TRANSFER THE CASE PURSUANT TO 28 USC § 1404(a)** |
| v. | |
| ONE CLICK ENTERPRISES 1, INC. and IGOR ZOMIN, JR., | |
| Defendants. | **Date:** November 19, 2012<br>**Time:** 10:00 a. m.<br>**Place:** Courtroom 1<br>**Judge:** Hon. S. James Otero |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Monday, November 19, 2012 at 10:00 a. m., or as soon as thereafter as the matter may be heard, Defendants One Click Enterprises 1, Inc. and Igor Zomin, Jr. will move and hereby move the above entitled Court located at 312 N. Spring Street, Courtroom 1, Los Angeles, California, to transfer this action to the United States District Court for the Eastern District of New York pursuant to 28 USC § 1404(a).

This motion is brought on the grounds that venue in the United States District Court for the Central District of California should be transferred to the United States District Court for the Eastern District of New York pursuant to 28 USC § 1404(a), because venue is proper in the Eastern District of New York, this case could have been brought in the Eastern District of New York initially, and such transfer will serve the convenience of all parties and witnesses, and promote the interests of justice.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place in person at the office of Plaintiff's counsel Johnson & Pham LLP in Woodland Hills, California on October 3, 2012.  See Declarations of Edward P. Kelly, Esq. and Edward C. Schewe, Esq.

This motion is based upon this Notice of Motion and Motion to Transfer Venue, the accompanying Memorandum of Points and Authorities in support thereof, the Declaration of Igor Zomin, individually and as sole owner of One Click Enterprises 1, Inc.,  the Declarations of  Edward P. Kelly, Esq. and Edward C. Schewe, Esq. , and the [Proposed] Order filed concurrently herewith, all papers and pleadings in the Court's file, any matter of which the Court may take judicial notice, and such oral argument as may be made at the hearing on this motion.

Respectfully submitted,

TIAJOLOFF & KELLY LLP

Dated: October /7, 2012         By: _____
Edward P. Kelly, Esq. (*pro hac vice*)
Tiajoloff & Kelly LLP
The Chrysler Building-37th Fl.
405 Lexington Ave.
New York, NY 10174
Tel: (212) 490-3285
Fax: (212) 490-3295
ekelly@tkiplaw.com

Edward C. Schewe, Bar No. 143554
Schewe & Associates
1600 Rosecrans Ave., 4th Floor
Manhattan Beach, CA 90266
Tel: (310) 321-7892
Fax: (310) 321-7891
ed@schewelaw.com

Attorneys for Defendants
One Click Enterprises 1, Inc., and
Igor Zomin, Jr.