UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
Scan Only _____

**CASE NO.:** CV 12-04193 SJO (Shx)     **DATE:** November 16, 2012

**TITLE:** Otter Products LLC v. One Click Enterprises 1 Inc et al

==================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                          Not Present
Courtroom Clerk                        Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                              Not Present

==================================================================
**PROCEEDINGS:** IN CHAMBERS

The Court finds this matter suitable for disposition without oral argument and vacates the hearing re the MOTION to Transfer Case to Eastern District of New York filed by Defendants One Click Enterprises 1 Inc, Igor Zomin, Jr. [28], set for November 19, 2012. See Fed. R. Civ. P. 78(b).